UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 6:15-CR-27-GFVT-REW-1 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| JOSHUA GREENE, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court pending review of the Recommended Disposition of United States Magistrate Judge Robert E. Wier [R. 82] filed on August 30, 2016.  Consistent with local practice, the Magistrate's Recommended Disposition addresses Joshua Greene's writ of habeas corpus under 28 U.S.C. § 2255.  Before issuing his Recommendation, Judge Wier considered the underlying record and Greene's § 2255 petition.

Judge Wier's Recommended Disposition concludes that Defendant Greene is not entitled to the relief sought.  Specifically, Judge Wier found that Greene did not satisfy his requisite burden of proof as Greene's claim was based on a "sole, cursory, and factless ground for relief" that lacked explanation, elaboration, or additional evidence. [*Id.* at 3.]  Greene failed to follow a Court order requiring resubmission of a corrected § 2255 motion and was unable to provide facts that supported his claim. [*Id.* at 5.] Further, Judge Wier re-evaluated the record and noted that the Court did not sentence Greene as an armed career criminal or as a career offender, nor had Greene presented additional facts that would make him eligible for relief under *Johnson*. [*Id.* at 7.]  In light of his conclusions, Judge Wier also recommended the Court deny a certificate of

appealability.  Judge Wier's Recommended Disposition advises the parties that any objections must be filed within fourteen (14) days of service, or a party waives the right to further appeal. [*Id*. at 9.]  As of this date, neither Greene nor the Government has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made.  28 U.S.C. § 636(b)(1)(c).  When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ."  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's Recommended Disposition. Furthermore, the Court declines to issue a certificate of appealability.  The Court determines that reasonable jurists would not find the denial of Greene's § 2255 motion debatable.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1.      The Magistrate's Recommended Disposition [R. 82] as to Joshua Greene is **ADOPTED** as and for the Opinion of the Court;

2.      Greene's Motion to Vacate under 28 U.S.C. § 2255 [R. 70] is **DENIED;**

3.      A Certificate of Appealability is **DENIED**; and

4.      **JUDGMENT** is entered in favor of the United States and Case No. 6:15-CR-00027-GFVT-REW-1 will be **STRICKEN** from the Court's active docket.

This 13th day of October, 2016.

Gregory F. Van Tatenhove
United States District Judge